# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CIVIL MINUTES -REOPENING/CLOSING

Case No.  SACV 12-01145 JVS(RNBx)               Date  October 16, 2013

Title:   Rebecca Marek v. D. Scott Carruthers, etc.

Present: The Honorable   JAMES V. SELNA

|  |  |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                      Not Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated October 1, 2013            .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☒  Other   MAKE JS-6

☐  Entered _____.

Initials of Preparer _____